Argued March 17, decided April 12, 1910.

## STATE *v.* RICHIE.
## STATE *v.* LELAND.
## STATE *v.* DOWNING.

[108 Pac. 134.]

From Marion: GEORGE H. BURNETT, Judge.

The defendants, Dollie Richie, Rose Leland and Julia Downing, were each tried and convicted of the crime of keeping a house of ill fame, and from the judgment and sentence that followed, each appeals.          AFFIRMED.

For appellants there was a brief over the names of *Mr. John A. Carson, Mr. Thomas Brown, Mr. William M. Kaiser* and *Mr. Myron E. Pogue,* with oral arguments by *Mr. Carson* and *Mr. Kaiser.*

For the State there was a brief over the names of *Mr. Andrew M. Crawford,* Attorney General; *Mr. John H. McNary,* District Attorney, and *Mr. Walter C. Winslow,* Deputy District Attorney, with an oral argument by *Mr. Winslow.*

Opinion by MR. CHIEF JUSTICE MOORE.

The defendants, Dollie Richie, Rose Leland, and Julia Downing, were separately indicted, tried, and convicted of the crime of keeping and setting up, for the purposes of prostitution, fornication, and lewdness, houses of ill fame, to the possession of which, it is alleged, the defendants were severally entitled, and each appeals from the sentence pronounced against her.

These causes were by stipulation of the parties, tried in this court upon the same brief as in the case of *State* v. *McGinnis,* 56 Or. 162 (108 Pac. 132). As these causes involve the same legal principles as stated in the opinion in the case mentioned, the conclusion there reached is decisive herein; and hence each judgment referred to is affirmed.          AFFIRMED.